IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JUSTIN TREY ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 1:23-cv-00062 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| NICHOLAS BATTS, ET AL, | ) | MAGISTRATE JUDGE HOLMES |
| | ) | |
| Defendants. | ) | |

**ORDER**

Pending before the Court is the Magistrate Judge's Report and Recommendation recommending the Court grant the motion for summary judgment filed by Defendants Nicholas Batts and Joey Cox (Doc. No. 22) and dismiss this action. (Doc. No. 26). The Report and Recommendation advised the parties that objections to the Magistrate Judge's Report and Recommendation were to be filed within fourteen days of service. (Doc. No. 26 at 6). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 26) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, this case is hereby **DISMISSED**. This Order constitutes final judgment for purposes of Federal Rule of Civil Procedure 58. The Clerk is directed to close the file.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE